**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

Levi Josue Sales Garcia,

     Petitioner,

     v.                          Case No. 2:26-cv-02484-BCL-cgc

Warden et al.,

     Respondents.

---

### ORDER FOR RESPONSE

---

Petitioner Levi Josue Sales Garcia, also known as Josue Sales Garcia, proceeding pro se, has filed a Petition for Habeas Corpus under 28 U.S.C. § 2241, by which he challenges his detention without an individualized bond hearing. Doc. 1 at 2. Contemporaneously, Petitioner filed a Motion for Temporary Restraining Order and Preliminary Injunction. Doc. 3.

Respondents are **ORDERED** to respond to this Petition by **May 6, 2026**. In addition to any other arguments they may present in opposing the petition and motion, Respondents **SHALL** confirm in their response whether petitioner is the same person whose counseled petition was denied by this Court on March 17, 2026 in Case No. 2:26-cv-02276-BCL-atc. The Clerk is **DIRECTED** to mail this Order to Petitioner now. The Clerk is likewise **DIRECTED** to mail Respondents' response to Petitioner when that response is filed. Petitioner may file a reply by no later than **May 13, 2026**.

**IT IS SO ORDERED**, this 29th day of April, 2026.

                              s/ *Brian C. Lea*
                              BRIAN C. LEA
                              UNITED STATES DISTRICT JUDGE